# EXHIBIT A

Electronically FILED by Superior Court of California, County of Los Angeles on 06/16/2021 10:03 AM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Barel, Deputy Clerk
21STCV22201

# SUMMONS
## *(CITACION JUDICIAL)*

**# 80041**

**SUM-100**

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

CHRISTOPHER AGUILAR

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*

Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

**CASE NUMBER:**
*(Número del Caso):*
21STCV22201

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Knight Law Group LLP
10250 Constellation Blvd, Suite 2500, Los Angeles, CA 90067
(310) 552-2250

DATE:
*(Fecha)* 06/15/2021

Sherri R. Carter Executive Officer / Clerk of Court
Clerk, by *(Secretario)* M. Barel , Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* FCA US LLC, a Delaware Limited Liability Company

under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☒ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

21STCV22201

Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: Monica Bachner

Electronically FILED by Superior Court of California, County of Los Angeles on 06/15/2021 10:10 AM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Barel,Deputy Clerk

**KNIGHT LAW GROUP, LLP**
Steve Mikhov (SBN 224676)
stevem@knightlaw.com
Amy Morse (SBN 290502)
amym@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiff,
CHRISTOPHER AGUILAR

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| CHRISTOPHER AGUILAR, <br><br> Plaintiff, <br><br> vs. <br><br> FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 21STCV22201 <br><br> Unlimited Jurisdiction <br><br> **COMPLAINT** <br><br> 1. **VIOLATION OF SONG-BEVERLY ACT - BREACH OF EXPRESS WARRANTY** <br> 2. **VIOLATION OF SONG-BEVERLY ACT - BREACH OF IMPLIED WARRANTY** <br><br> *Assigned for All Purposes to the Honorable* <br><br> Department |

-1-

AGUILAR v. FCA US LLC COMPLAINT

Plaintiff, CHRISTOPHER AGUILAR, alleges as follows against Defendant, FCA US LLC, a Delaware Limited Liability Company, ("FCA US LLC"); and DOES 1 through 10 inclusive; on information and belief, formed after an inquiry reasonable under the circumstances:

## DEMAND FOR JURY TRIAL

1.  Plaintiff, CHRISTOPHER AGUILAR, hereby demands trial by jury in this action.

## GENERAL ALLEGATIONS

2.  Plaintiff, CHRISTOPHER AGUILAR, is an individual residing in the City of North Hills, County of Los Angeles, and State of California.

3.  Defendant FCA US LLC is and was a Delaware Limited Liability Company registered to do business in the State of California with its registered office in the City of Los Angeles, County of Los Angeles, and State of California.

4.  These causes of action arise out of the warranty obligations of FCA US LLC in connection with a motor vehicle for which FCA US LLC issued a written warranty.

5.  Plaintiff does not know the true names and capacities, whether corporate, partnership, associate, individual or otherwise of Defendant issued herein as Does 1 through 10, inclusive, under the provisions of section 474 of the California Code of Civil Procedure. Defendant Does 1 through 10, inclusive, are in some manner responsible for the acts, occurrences and transactions set forth herein, and are legally liable to Plaintiff. Plaintiff will seek leave to amend this Complaint to set forth the true names and capacities of the fictitiously named Defendant, together with appropriate charging allegations, when ascertained.

6.  All acts of corporate employees as alleged were authorized or ratified by an officer, director, or managing agent of the corporate employer.

7.  The warranty contract is attached and incorporated by its reference as Exhibit 1.

8.  Plaintiff hereby revokes acceptance of the Subject Vehicle.

9.  Pursuant to the Song-Beverly Consumer Warranty Act (herein after the "Act") Civil Code sections 1790 *et seq.* the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes.

10. Plaintiff is a "buyer" of consumer goods under the Act.

AGUILAR v. FCA US LLC COMPLAINT

11.  Defendant FCA US LLC is a "manufacturer" and/or "distributor" under the Act.

12.  Plaintiff hereby demands trial by jury in this action.

### FIRST CAUSE OF ACTION

#### Violation of the Song-Bervely Act – Breach of Express Warranty

13.  Plaintiff incorporates herein by reference each and every allegation contained in the preceding and succeeding paragraphs as though herein fully restated and re-alleged.

14.  On May 10, 2020, Plaintiff entered into a warranty contract with FCA US LLC regarding a 2019 Alfa Romeo, VIN: ZARFAMBN1K7601652, ("the Subject Vehicle"). The terms of the express warranty are described in full in Exhibit 1.

15.  Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to transmission, interior, exterior, suspension, electrical and engine.

16.  The nonconformities substantially impair the use, value and/or safety of the Subject Vehicle.

17.  Plaintiff delivered the Subject Vehicle to an authorized FCA US LLC repair facility for repair of the nonconformities.

18.  Defendant was unable to conform the Subject Vehicle to the applicable express warranty after a reasonable number of repair attempts.

19.  Under the Song-Bervely Act, Defendant had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.

20.  Defendant FCA US LLC has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Bervely Act.

21.  By failure of Defendant to conform the Subject Vehicle to the express warranty, or to promptly issue restitution pursuant to the Song Bervely Act, Defendant is in violation of the Song Bervely Act.

22.  Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an

-3-

1    authorized repair facility for a nonconformity.

2        23.  Plaintiff is entitled to all incidental, consequential, and general damages resulting from

3    Defendant's failure to comply with its obligations under the Song-Beverly Act.

4        24.  Plaintiff is entitled under the Song-Beverly Act to recover as part of the judgment a sum

5    equal to the aggregate amount of costs and expenses, including attorney's fees, reasonably incurred

6    in connection with the commencement and prosecution of this action.

7        25.  Plaintiff is entitled in addition to the amounts recovered, a civil penalty of up to two times

8    the amount of actual damages for FCA US LLC's willful failure to comply with its responsibilities

9    under the Act.

10                        **SECOND CAUSE OF ACTION**

11              **Violation of the Song-Beverly Act – Breach of Implied Warranty**

12       26. Plaintiff incorporates herein by reference each and every allegation contained in the

13    preceding and succeeding paragraphs as though herein fully restated and re-alleged.

14       27. FCA US LLC and its authorized dealership at which Plaintiff purchased the Subject

15    Vehicle had reason to know the purpose of the Subject Vehicle at the time of sale of the Subject

16    Vehicle.  The sale of the Subject Vehicle was accompanied by an implied warranty of fitness.

17       28. The sale of the Subject Vehicle was accompanied by an implied warranty that the Subject

18    Vehicle was merchantable pursuant to Civil Code section 1792.

19       29. The Subject Vehicle was delivered to Plaintiff with latent defects, including, but not limited

20    to, transmission, interior, exterior, suspension, electrical and engine.

21       30. The Subject Vehicle was not fit for the ordinary purpose for which such goods are used.

22       31. The Subject Vehicle did not measure up to the promises or facts stated on the container or

23    label.

24       32. The Subject Vehicle was not of the same quality as those generally acceptable in the trade.

25       33. Plaintiff justifiably revoked acceptance of the Subject Vehicle under Civil Code, section

26    1794, *et seq*. prior to the filing of this Complaint during a contact to FCA US LLC's customer

27    service.

28       34. Plaintiffs hereby revoke acceptance of the Subject Vehicle.

                                     -4-

                    AGUILAR v. FCA US LLC COMPLAINT

1      35. Plaintiffs are entitled to replacement or reimbursement pursuant to Civil Code, section

2 1794, *et seq.*

3      36. Plaintiffs are entitled to rescission of the contract pursuant to Civil Code, section 1794, *et*

4 *seq.* and Commercial Code, section 2711.

5      37. Plaintiffs are entitled to recover any "cover" damages under Commercial Code, sections

6 2711, 2712, and Civil Code, section 1794, *et seq.*

7      38. Plaintiffs are entitled to recover all incidental and consequential damages pursuant to 1794

8 *et seq.* and Commercial Code, sections 2711, 2712, and 2713 *et seq.*

9 **PRAYER FOR RELIEF**

10 WHEREFORE, Plaintiff prays for judgment against Defendant, as follows:

11 1.   For general, special and actual damages according to proof at trial;

12 2.   For rescission of the purchase contract and restitution of all monies expended;

13 3.   For diminution in value;

14 4.   For incidental and consequential damages according to proof at trial;

15 5.   For civil penalty in the amount of two times Plaintiff's actual damages;

16 6.   For prejudgment interest at the legal rate;

17 7.   For revocation of acceptance of the Subject Vehicle;

18 8.   For reasonable attorney's fees and costs of suit; and

19 9.   For such other and further relief as the Court deems just and proper under the

20       circumstances.

21

22 Dated: June 15, 2021            **KNIGHT LAW GROUP, LLP**

23

24

25                      STEVE MIKHOV (SBN 224676)

26                      AMY MORSE (SBN 290502)
                     Attorneys for Plaintiff,

27                      CHRISTOPHER AGUILAR

28 Plaintiff, CHRISTOPHER AGUILAR, hereby demands trial by jury in this action.

-5-

AGUILAR v. FCA US LLC COMPLAINT

# EXHIBIT 1



**GIULIA**

2019 WARRANTY INFORMATION

**IMPORTANT**

*This booklet contains FCA US LLC limited warranties. It should be kept in your vehicle and presented to your Dealer if any warranty service is needed.*
*The warranty text begins on page 4 of this booklet.*

**WARRANTY COVERAGE AT A GLANCE**

| DESCRIPTION | 1 Yr/ 12,000 | 2 Yr/ 24,000 | 3 Yr/ 36,000 | 3 Yr/ 50,000 | 3 Yr/ Unlimited | 4 Yr/ 50,000 | 5 Yr/ Unlimited | 7 Yr/ 70,000 | 8 Yr/ 80,000 |
|---|---|---|---|---|---|---|---|---|---|
| Basic Limited Warranty Coverage | ████ | | | | | ████ | | | |
| | | | | | | | | | |
| **Special Extended Warranty Coverage** | | | | | | | | | |
| Anti-Corrosion Perforation Limited Warranty: | | | | | | | | | |
| — All Panels | ████ | ████ | ████ | ████ | ████ | | | | |
| — Outer Panels | ████ | ████ | ████ | ████ | ████ | ████ | ████ | | |
| Federal Emission Warranty | ████ | ████ | ████ | ████ | ████ | ████ | | | |
| Federal Emission Warranty - Specified Comp. | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |

**TABLE OF CONTENTS**

1. Your Legal Rights Under These Limited Warranties . . .4

2. What Is Covered Under FCA US Warranties . . . . . .5
   2.1 Basic Limited Warranty . . . . . . . . . . . . . . . .5
   2.2 Corrosion Warranty . . . . . . . . . . . . . . . . . . .7
   2.3 Restraint System Limited Warranty (Vehicle Sold
       And Registered In The State Of Kansas Only) . . 8

3. What's Not Covered . . . . . . . . . . . . . . . . . . . .9
   3.1 Modifications Not Covered . . . . . . . . . . . . .9
   3.2 Environmental Factors Not Covered . . . . . . . .10
   3.3 Maintenance Costs Not Covered . . . . . . . . . .10
   3.4 Racing Not Covered . . . . . . . . . . . . . . . . .10
   3.5 Certain Kinds of Corrosion Not Covered . . . . .11
   3.6 Other Exclusions . . . . . . . . . . . . . . . . . . .11
   3.7 Total Loss, Salvage, Junk, or Scrap Vehicles Not
       Covered . . . . . . . . . . . . . . . . . . . . . . . . .12
   3.8 Restricted Warranty . . . . . . . . . . . . . . . . .12

4. Other Terms Of Your Warranties . . . . . . . . . . . . .13
   4.1 Exchanged Parts May Be Used in Warranty
       Repairs . . . . . . . . . . . . . . . . . . . . . . . . .13
   4.2 Pre-Delivery Service . . . . . . . . . . . . . . . . .13
   4.3 Production Changes . . . . . . . . . . . . . . . . . .13
   4.4 Transportation During Repairs . . . . . . . . . . .14

5. Emission Warranties Required By Law . . . . . . . . .15
   5.1 Federal Emission Warranty . . . . . . . . . . . . .15
   5.2 Emission Performance Warranty . . . . . . . . . .16

6. How To Get Warranty Service . . . . . . . . . . . . . .17
   6.1 Where to Take Your Giulia . . . . . . . . . . . . .17
   6.2 How To Get Roadside Assistance Service - U.S.
       Or Canada Only * . . . . . . . . . . . . . . . . . . .18
   6.3 Emergency Warranty Repairs . . . . . . . . . . . .20
   6.4 Getting Service Under The Federal Emission
       Performance Warranties . . . . . . . . . . . . . . .20

2

TABLE OF CONTENTS

7. How To Deal With Warranty Problems . . . . . . . . . 22
   7.1 Steps To Take . . . . . . . . . . . . . . . . . . . . . . 22
   7.2 Helpful Addresses And Telephone Numbers   . . . 25

8. Optional Service Contract   . . . . . . . . . . . . . . . . 26

9. Maintenance   . . . . . . . . . . . . . . . . . . . . . . . . 27
   9.1 General Information   . . . . . . . . . . . . . . . . . 27
   9.2 Where To Go For Maintenance . . . . . . . . . . . 27

YOUR LEGAL RIGHTS UNDER THESE LIMITED WARRANTIES

# 1 Your Legal Rights Under These Limited Warranties

The warranties contained in this booklet are the only express warranties that FCA US LLC ("FCA US") makes for your vehicle. These warranties give you specific legal rights. You may also have other rights that vary from state to state. For example, you may have some implied warranties, depending on the state where your vehicle was sold or is registered.

These implied warranties are limited to the extent allowed by law, to the time periods covered by the express written warranties contained in this booklet.

If you use your Giulia primarily for business or commercial purposes, then these implied warranties do not apply and FCA US completely disclaims them to the extent allowed by law. And the implied warranty of fitness for a particular purpose does not apply if your Giulia is used for racing, even if the vehicle is equipped for racing.

Some states do not allow limitations on how long an implied warranty lasts, so the above limitations may not apply to you.

## 1.1 Incidental and Consequential Damages Not Covered

Your warranties don't cover any incidental or consequential damages connected with your Giulia failure, either while under warranty or afterward.

Examples of such damages include:

- Lost time;
- Inconvenience;
- The loss of the use of your Giulia;
- The cost of rental vehicles, gasoline, telephone, travel, or lodging;
- The loss of personal or commercial property; and
- The loss of revenue.

Some states don't allow incidental or consequential damages to be excluded or limited, so this exclusion may not apply to you.

---

# 2. What Is Covered Under FCA US Warranties

## 2.1 Basic Limited Warranty

### A. Who Is Covered?

You are covered by the Basic Limited Warranty if you are a purchaser for use of the Giulia.

### B. What's Covered

The Basic Limited Warranty covers the cost of all parts and labor needed to repair any item on your Giulia when it left the manufacturing plant that is defective in material, workmanship or factory preparation. There is no list of covered parts since the only exception is tires. You pay nothing for these repairs covered by the Basic Limited Warranty. These warranty repairs or adjustments — including all parts and labor connected with them — will be made by your authorized Alfa Romeo repair facility at no charge, using new or remanufactured parts.

### C. Items Covered by Other Warranties

The following are covered by separate warranties offered by their makers. They are **not covered** by the Basic Limited Warranty:

- Tires; or

- Items added or changed after your Giulia left the manufacturing plant, such as accessories or protection products, or items changed because of customization.

Be sure you get a copy of any warranty that applies to these items from your dealer, or from the maker of the product.

### D. Towing Costs Are Covered Under Certain Circumstances

Roadside Assistance covers the cost of towing your vehicle to an authorized Alfa Romeo dealer if your vehicle can't be driven because a covered part has failed. Roadside Assistance lasts for up to four years, with no mileage limit, calculated from the warranty start date. See Section 6.2 for information on how to get Roadside Assistance service in the United States and Canada including United States Possessions and Territories as Part of the United States for Warranty Purposes.

**WHAT IS COVERED UNDER FCA US WARRANTIES**

#### E. When It Begins

The Basic Limited Warranty begins on either of the following dates, whichever is earlier:

- The date you take delivery of the Giulia; or

- The date when the Giulia was first put into service — for example, as a dealer "demo" or as a FCA US company vehicle.

#### F. When It Ends

The Basic Limited Warranty lasts for four years from the date it begins or for 50,000 miles on the odometer, whichever occurs first. But the following items are covered only for 12 months or for 12,000 miles on the odometer, whichever occurs first:

- Brakes (rotors, pads, linings, and drums);

- Wiper blades;

- Clutch discs or modular clutch assembly (as equipped);

- Windshield and rear window; and

- Wheel alignment and wheel balancing.

"Any warranty in force will be transferable to any subsequent consumer, free of charge, for the time or the miles that remain in the warranty."

#### G. Registration and Operation Requirements

The Basic Limited Warranty covers your Giulia only if:

- It was built for sale in the U.S.;

- It's registered in the U.S.;

- It's driven mainly in the U.S. or Canada; and

- It's operated and maintained in the manner described in your Owner's Manual.

- We include US Possessions and Territories as part of the United States for Warranty Purposes.

**H. If Your Giulia Leaves the United States:**
EXCEPT WHERE SPECIFICALLY REQUIRED
BY LAW, THERE IS NO WARRANTY
COVERAGE ON THIS GIULIA IF IT IS SOLD
IN OR REGISTERED IN COUNTRIES OTHER
THAN THE UNITED STATES.

This policy does not apply to a Giulia that has
received authorization for export from FCA US.
Dealers may not give authorization for export. You
should consult an authorized dealer to determine
Giulia's warranty coverage if you have any ques-
tions.

This policy does not apply to a Giulia registered
to U.S. government officials or military personnel on
assignment outside of the United States.

WHAT IS COVERED UNDER FCA US WARRANTIES

## 2.2 Corrosion Warranty

### A. Who Is Covered?

You are covered by the Basic Limited Warranty if you
are a purchaser for use of the Giulia.

### B. What's Covered

This warranty covers the cost of all parts and labor
needed to repair or replace any body sheet metal panels
that have been perforated by rust from the inside out. If
a hole occurs because of something other than corrosion,
this warranty does not apply. Cosmetic or surface corro-
sion — resulting, for example, from stone chips or
scratches in the paint — is not covered. For more details
on what isn't covered by this warranty, see 3.5.

**WHAT IS COVERED UNDER FCA US WARRANTIES**

### C. How Long It Lasts

The Corrosion Warranty starts when your Basic Limited Warranty begins under 2.1 E.

This warranty has two time-and-mileage limits:

- For sheet metal panels, the limit is 36 months, with no mileage limit.

- For an outer-body sheet metal panel — one that is finish-painted and that someone can see when walking around the vehicle — the limits are five years or unlimited miles on the odometer, whichever occurs first.

### D. What's Not Covered

Please note that while the standard Corrosion Limited Warranty applies to defects in material and/or workmanship, it does not cover the vehicle's matte finish appearance (if equipped).

Maintaining the matte finish appearance is solely the responsibility of the vehicle owner as described in your Owner's Information.

## 2.3 Restraint System Limited Warranty (Vehicle Sold And Registered In The State Of Kansas Only)

For a vehicle sold and registered in the State of Kansas, seatbelts and related seatbelt components are warranted against defects in workmanship and materials for ten years, regardless of mileage. This warranty does not cover replacement of seatbelts and related components required as the result of collision.

# 3. What's Not Covered

## 3.1 Modifications Not Covered

### A. Some Modifications Don't Void the Warranties But Aren't Covered

Certain changes that you might make to your Giulia do not, by themselves, void the warranties described in this booklet. Examples of some of these changes are:

- Installing non-Alfa Romeo parts, components, or equipment (such as a non-Alfa Romeo radio or speed control); and

- Using special non-Alfa Romeo materials or additives.

But your warranties don't cover any part that was not on your Giulia when it left the manufacturing plant or is not certified for use on your vehicle. Nor do they cover the costs of any repairs or adjustments that might be caused or needed because of the installation or use of non-Alfa Romeo parts, components, equipment, materials, or additives.

Performance or racing parts are considered to be non-Alfa Romeo parts. Repairs or adjustments caused by their use are not covered under your warranties.

Examples of the types of alterations not covered are:

- Installing accessories — except for genuine Alfa Romeo accessories installed by an authorized Alfa Romeo repair facility;

- Applying rustproofing or other protection products;

- Changing the Giulia configuration or dimensions, such as converting the vehicle into a limousine; or

- Using any refrigerant that Alfa Romeo has not approved.

### B. Modifications That WILL Void Your Warranties

These actions will void your warranties:

- Disconnecting, tampering with, or altering the odometer will void your warranties, unless your repairing technician follows the legal requirements for repairing or replacing odometers; or

- Attaching any device that disconnects the odometer will also void your warranties.

**WHAT'S NOT COVERED**

## 3.2 Environmental Factors Not Covered

Your warranties don't cover damage caused by environmental factors such as airborne fallout, bird droppings, insect damage, chemicals, tree sap, salt, ocean spray, niter, acid rain, and road hazards. Nor do your warranties cover damage caused by hailstorms, windstorms, tornadoes, sandstorms, lightning, floods, and earthquakes.

Your warranties do not cover conditions resulting from anything impacting the Giulia. This includes cracks and chips in glass, scratches and chips in painted surfaces, or damage from collision.

## 3.3 Maintenance Costs Not Covered

Your warranties don't cover the costs of repairing damage caused by poor or improper maintenance. Nor do they cover damage caused by the use of contaminated fuels, or by the use of fuels, oils, lubricants, cleaners or fluids other than those recommended in your Owner's Manual.

The warranties don't cover the costs of your vehicle's normal or scheduled maintenance — the parts and services that all vehicles routinely need. Some of these parts and services, which your warranties don't cover, include:

- lubrication;

- Engine tune-ups;

- Replacing filters, coolant, spark plugs, bulbs, or fuses (unless those costs result from a covered repair);

- Cleaning and polishing; and

- Replacing worn wiper blades, worn brake pads and linings, or clutch linings.

## 3.4 Racing Not Covered

Your warranties don't cover the costs of repairing damage or conditions caused by racing, nor do they cover the repair of any defects that are found as the result of participating in a racing event.

### 3.5 Certain Kinds of Corrosion Not Covered

Your warranties don't cover the following:

- Corrosion caused by accident, damage, abuse, or Giulia alteration;

- Surface corrosion caused by such things as industrial fallout, sand, salt, hail, ocean spray, and stones;

- Corrosion caused by the extensive or abnormal transport of caustic materials like chemicals, acids, and fertilizers; and

- Corrosion of special bodies, body conversions, or equipment that was not on your Giulia when it left the manufacturing plant or was not supplied by FCA US.

### 3.6 Other Exclusions

Your warranties don't cover the costs of repairing damage or conditions caused by any of the following:

- Fire or accident;

- Abuse or negligence;

- Misuse — for example, driving over curbs or overloading;

- Tampering with the emission systems, or with a part that could affect the emission systems;

- Use of used parts, even if they were originally supplied by Alfa Romeo (however, authorized Alfa Romeo remanufactured parts are covered);

- Windshield or rear window damage from external objects;

- Any changes made to your vehicle that don't comply with FCA US; or

- Using any fluid that doesn't meet the minimum recommendations in your Owner's Manual.

**WHAT'S NOT COVERED**

## 3.7 Total Loss, Salvage, Junk, or Scrap Vehicles Not Covered

A Giulia has no warranty coverage of any kind if:

- It is declared to be a total loss by an insurance company;

- It is rebuilt after being declared to be a total loss by an insurance company; or

- It is issued a certificate of title indicating that it is designated as "salvage," "junk," "rebuilt," "scrap," or some similar word.

FCA US will deny warranty coverage without notice if it learns that a Giulia is ineligible for coverage for any of these reasons.

## 3.8 Restricted Warranty

Your warranties can also be restricted by FCA US. FCA US may restrict the warranty on your Giulia if the vehicle is not properly maintained, or if the vehicle is abused or neglected, and the abuse or neglect interferes with the proper functioning of the vehicle. If the warranty is restricted, coverage may be denied or subject to approval by FCA US before covered repairs are performed.

# 4. Other Terms Of Your Warranties

## 4.1 Exchanged Parts May Be Used in Warranty Repairs

In the interest of customer satisfaction, FCA US may offer exchange service on some vehicle parts. This service is intended to reduce the amount of time your Giulia is not available for your use because of repairs. Parts used in exchange service may be new, remanufactured, reconditioned, or repaired, depending on the part involved.

All exchange parts that might be used meet FCA US standards, and have the same warranties as new parts.

Examples of the kinds of parts that might be serviced in this way are:

- Engine assemblies;
- Transmission assemblies;
- Instrument cluster assemblies;
- Radios, CD and DVD players;
- Speedometers; and
- Powertrain Control Modules.

To help control suspected ozone-depleting agents, the EPA requires the capture, purification, and reuse of automotive air-conditioning refrigerant gases. As a result, a repair to the sealed portion of your air-conditioning system may involve the installation of purified reclaimed refrigerant.

## 4.2 Pre-Delivery Service

A defect in or damage to the mechanical, electrical, sheet-metal, paint, trim, and other components of your vehicle may have occurred at the factory or while it was being shipped to the dealer.

Such a defect or damage is usually detected and corrected at the factory. In addition, dealers must inspect each vehicle before delivery. They repair any defects or damage detected before the Giulia is delivered to you.

## 4.3 Production Changes

Changes may be made in vehicles sold by FCA US and its authorized Alfa Romeo dealer at any time without incurring any obligation to make the same or similar changes on vehicles previously built or sold.

**OTHER TERMS OF YOUR WARRANTIES**

## 4.4 Transportation During Repairs

Provided that the repair of a new motor vehicle exceeds a period of more than five calendar days, excluding Sunday, unless the vehicle is engaged in public transportation or commercial exploitation or that the delay in repair is due to a fortuitous case or major cause, the consumer may require a motor vehicle of similar transmission to the one he left in repair, from the seller, the authorized distributor, the dealer, the factory distributor and the manufacturer or his representative, who will be jointly obliged to provide the consumer with a motor vehicle with transmission similar to the one he left for repairs. If there aren't any units available, the dealer or authorized service agent will be responsible for renting to the consumer a vehicle of similar transmission to the one left for repairs and that is in optimal mechanical, safety and operating conditions. The dealer or authorized service agent must pay the cost of the rented vehicle.

This obligation shall be in effect only within the basic warranty of three years or 36,000 miles granted by DACO's Regulation or the applicable one for "green" motor vehicles.

The responsibility of providing transportation or paying for it will be the responsibility of the entity that is requested the service. The calculation of the five calendar days shall not be deemed interrupted when the repair has been ineffective and for the same reason or defect the vehicle returns to the workshop before seven calendar days.

The consumer will diligently take care of the borrowed vehicle and carry out any reasonable endeavor to protect the owner's rights. Any claim against the consumer in relation to the borrowed vehicle may be adjudicated by DACO provided that the consumer has filed a claim before DACO in which the entity responsible for providing the borrowed or rented vehicle was a part of and that the claim is related to the facts for which the vehicle was loaned or rented. The consumer will return the loaned or rented unit as soon as it is notified that his or her vehicle is properly repaired and determined that the vehicle is ready for use. The consumer will return the loaned or rented unit the next business day after the notification.

# 5. Emission Warranties Required By Law

## 5.1 Federal Emission Warranty

### A. Parts Covered For 2 Years Or 24,000 Miles

Federal law requires FCA US to warrant the following emissions parts for 2 years or 24,000 miles, whichever occurs first. FCA US covers all of these parts under the Basic Limited Warranty for 4 years or 50,000 miles, whichever occurs first.

- Air System Controls;
- Electronic Fuel Injection System, (including injector);
- Evaporative-Emission Canister and Controls;
- Exhaust Manifold;
- Exhaust Gas Recirculation Valve and Control System;
- Exhaust Pipes (between exhaust manifold and catalyst);

- Fuel Cap and Tank Assembly, Pump, and Fuel Lines;
- Ignition System;
- Intake Manifold;
- On-Board Diagnostic-System Components;
- Oxygen Sensors;
- Positive Crankcase-Ventilation (PCV) Valve or Orifice;
- Secondary Ignition Wires;
- Spark Plugs;
- Throttle Body;
- Transmission Control Module;
- Vacuum Hoses, Clamps, And Fittings, (as well as tubing used for these components);
- Vacuum, Temperature, Altitude, Speed, Time-Sensitive Valves, Sensors, and Switches (used in these components and systems).

### B. Parts Covered for 8 years or 80,000 miles

If your Giulia has one of the following parts, this Federal Emission Warranty covers that part for a period of 8 years 80,000 miles, whichever occurs first, calculated from the start of the Basic Limited Warranty as set forth in Section 2.1 E. The covered parts are:

- Catalytic Converter; and
- Powertrain Control Module.

## 5.2 Emission Performance Warranty

This warranty supplements the federal warranty under 5.1. It lasts for two years or 24,000 miles on the odometer, whichever occurs first. If your Giulia has one of the following parts, catalytic converter and powertrain control module, this Federal Emission Warranty covers that part for a period of eight years or 80,000 miles, whichever occurs first. These limits are counted from the time when your Basic Limited Warranty begins under 2.1 E. The Emission Performance Warranty covers the cost of repairing or adjusting any components or parts that might be needed for your vehicle to pass Federal Emission Standards for a federally approved state or local emissions test, but only if:

- Your Giulia has failed a federally approved state or local emissions test;
- Your Giulia has been maintained and operated properly up until it fails such a test; and
- You face a real penalty — for example, a fine or the loss of the use of your Giulia — because the vehicle has failed the test.

Section 6.4 explains how to get service under this warranty.

# 6.  How To Get Warranty Service

## 6.1  Where to Take Your Giulia

### A.  In the United States (We Include U.S. Possessions and Territories as Part of the United States for Warranty Purposes):

Warranty service must be done by an authorized Alfa Romeo repair facility. We strongly recommend that you take your Giulia to your Selling Dealer. They know you and your Giulia best, and are most concerned that you get prompt and high quality service. If you move within the United States, warranty service may be requested from any authorized Alfa Romeo repair facility.

### B.  In Canada and Mexico:

If you are traveling temporarily in Canada or Mexico, and your Giulia remains registered in the United States, your FCA US warranty still applies. Service may be requested at any authorized Alfa Romeo repair facility.

### C.  In a Foreign Country Outside of North America:

If you are traveling temporarily outside of North America, and your vehicle remains registered in the United States:

- You should take your Giulia to an authorized Alfa Romeo repair facility. They should give you the same warranty service you receive in the United States.

- If the authorized Alfa Romeo repair facility charges you for repairs which you feel should be covered under your warranty, please get a detailed receipt for the work done. Make sure that this receipt lists all warranty repairs and parts that were involved. (This receipt will be similar to the one used by the authorized Alfa Romeo repair facility who normally services your vehicle.)

- When your Giulia returns to the United States, contact the Alfa Romeo Customer Assistance Center section 7.2 for reimbursement consideration. You will normally need to provide a copy of the receipt, your Giulia registration and any other relevant documents.

- Reimbursement will not be considered if the Giulia does not return to the United States.

**HOW TO GET WARRANTY SERVICE**

**D. If You Move:**

If you move to another country, be sure to contact the Alfa Romeo Customer Assistance Center section 7.2 and the customs department of the destination country before you move. Giulia importation rules vary considerably from country to country. You may be required to present documentation of your move to FCA US in order to continue your warranty coverage. You may also be required to obtain documentation from FCA US in order to register your Giulia in your new country.

**E. Notice:**

If your Giulia is registered outside of the United States, and you have not followed the procedure set out above, your vehicle will no longer be eligible for warranty coverage of any kind. (Giulia vehicles registered to United States government officials or military personnel on assignment outside of the U.S. will continue to be covered.)

## 6.2 How To Get Roadside Assistance Service - U.S. Or Canada Only *

**A. Who Is Covered:**

You are covered by the Roadside Assistance services if you are a purchaser for use of the Giulia. The Roadside Assistance services lasts for four years, regardless of mileage, calculated from the start date of the Basic Limited Warranty, as set forth in Section 2.1 E.

**B. What To Do:**

If your Giulia requires jump start assistance, out of gas/fuel delivery, tire service, lockout service or towing due to a defect covered under the Basic Limited Warranty, call for assistance.

United States Roadside Assistance Phone Number: 844-253-2872

Canada Roadside Assistance Phone Number: 844-953-3232

* Roadside assistance services provided through Cross Country Motor Club, Inc., Medford, MA 02155, except in AK, CA, HI, OR, WI, and WY, where services are provided by Cross Country Motor Club of California, Inc., Medford, MA 02155.

Provide your name, vehicle identification number, license plate number, and your location, including the telephone number from which you are calling. Briefly describe the nature of the problem and answer a few simple questions.

You will be given the name of the service provider and an estimated time of arrival. If you feel you are in an "unsafe situation", please let us know. With your consent, we will contact local police or safety authorities.

## C. Covered Services:

### Flat Tire Service

If you are inconvenienced by a flat tire, we will dispatch a service provider to use your Giulia's TIREFIT KIT to seal small punctures up to 1/4″ in the tire tread or your vehicle's temporary spare as recommended in your Owner's Manual. This is not a permanent flat tire repair.

### Out of Gas/Fuel Delivery

Drivers can't always count on a gas station being nearby - especially when traveling away from home. We will dispatch a service provider to deliver a small amount of fuel (maximum 2 gallons) to get you to a nearby station.

### Battery Jump Assistance

No time is a good time for a dead battery, but with Roadside Assistance, you don't have to worry about being stranded. We will dispatch a service provider to provide you with a battery jump anytime, day or night.

### Lockout Service

Whether the keys are locked in your Giulia or frozen locks are keeping you from getting on your way, Roadside Assistance can assist you. This service is limited to providing access to the vehicle's seating area. It does not cover the cost of replacement keys.

### Towing Service

Our towing service gives you peace of mind and confidence. If your Giulia becomes disabled as a result of a mechanical breakdown, Roadside Assistance will dispatch towing service to transport your vehicle to the closest authorized Alfa Romeo repair facility.

HOW TO GET WARRANTY SERVICE

**D.  If Unable To Contact Roadside Assistance:**

If you are unable to contact Roadside Assistance and you obtain towing services on your own, you may submit your original receipts from the licensed towing or service facility, for services rendered within 30 days of the occurrence. Be sure to include your vehicle identification number, odometer mileage at the time of service and current mailing address. We will process the claim based on vehicle and service eligibility. If eligible, we will reimburse you for the reasonable amounts you actually paid, based on the usual and customary charges for that service in the area where they were provided. FCA US's determination relating to reimbursement are final. Correspondence should be mailed to:

**FCA US Towing Assistance**
P.O. Box 9145
Medford, MA 02155
Attention: Claims Department

## 6.3 Emergency Warranty Repairs

If you have an emergency and have to get a warranty repair made by someone other than an authorized Alfa Romeo dealer, follow the reimbursement procedure in 6.1 C.

## 6.4 Getting Service Under The Federal Emission Performance Warranties

**A.  What to Do**

If your vehicle has failed an emissions test described in 5.2:

- Take it to an authorized Alfa Romeo repair facility as soon as possible.

- Give the service representative the printout showing that your Giulia failed the test.

- If possible, bring all service receipts, maintenance logs, and records proving that your Giulia has been properly maintained, since you may be required to show them.

## B. Further Steps You Can Take, And How To Get More Information

If you think an authorized Alfa Romeo dealer has wrongly denied you emission-warranty coverage, follow the steps described in 7.1. FCA US will reply to you in writing within 30 days after receiving your complaint (or within the time limit required by local or state law). If the owner is not notified within 30 days that a performance warranty claim is denied, the manufacturer must repair the vehicle free of charge.

**HOW TO GET WARRANTY SERVICE**

If you want more information about getting service under the Federal Emission Warranty or the Performance Warranty, or if you want to report what you think is a violation of these warranties, you can contact:

Manager, Certification and Compliance
Division Warranty Claims
Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Mail Code 6403J
Washington, D. C. 20460

HOW TO DEAL WITH WARRANTY PROBLEMS

# 7. How To Deal With Warranty Problems

## 7.1 Steps To Take

### A. In General

Normally, warranty problems can be resolved by an authorized Alfa Romeo dealer. That's why you should always talk to an authorized Alfa Romeo dealer service manager or authorized Alfa Romeo dealer's sales manager first. But if you're not satisfied with an authorized Alfa Romeo dealer response to your problem, FCA US recommends that you do the following:

**Step 1:**

Discuss your problem with the owner or general manager of the authorized Alfa Romeo dealer.

**Step 2:**

If an authorized Alfa Romeo dealer still can't resolve the problem, contact the Alfa Romeo Customer Assistance Center. You'll find the address in section 7.2.

### B. What FCA US Will Do

Once you have followed the two steps described in 7.1 A, an FCA US representative at FCA US headquarters will review your situation. If it's something that FCA US can help you with, FCA US will provide your dealer with all the information and assistance necessary to resolve the problem. Even if FCA US can't help you, FCA US will acknowledge your contact and explain FCA US's position.

### C. If Your Problem Still Isn't Resolved For Customers Residing in Arkansas, Idaho, Kentucky, Minnesota and Montana ONLY:

If you can't resolve your warranty problem after following the two steps described in 7.1 A, and you live in Arkansas, Idaho, Kentucky, Minnesota or Montana ONLY, you can contact the FCA US LLC Customer Arbitration Process in your area.

You may obtain a brochure describing FCA US LLC's Customer Arbitration Process, including an application, by calling: 844-253-2872

This service is strictly voluntary, and you may submit your dispute directly to the Customer Arbitration Process (CAP) at no cost. The CAP is administered by an independent dispute settlement organization and may be contacted in writing at the following address:

National Center for Dispute Settlement

FCA US LLC
P.O. Box 727
Mt. Clemens, MI 48046

The CAP reviews only vehicle disputes involving FCA US LLC ("FCA US") Limited Warranty or a FCA US / Alfa Romeo Part Limited Warranty. The CAP does not review disputes involving the sale of a new or used vehicle, personal injury/property damage claims, disputes relating to design of the vehicle or part, or disputes which are already the subject of litigation.

The CAP will need the following information from you:

1. Legible copies of all documents and repair orders relevant to your case,

2. Vehicle identification number of your Giulia,

3. A brief description of your unresolved concern,

4. The identity of your servicing authorized Alfa Romeo repair facility /selling dealer,

5. The date(s) of repair(s) and mileage at the time,

6. Current mileage, and

7. A description of the action you expect to resolve your concern.

Upon receipt of your request:

• The National Center for Dispute Settlement (NCDS) will acknowledge receipt of your request, by mail, within ten (10) days, and advise you whether or not your dispute is within the jurisdiction of the Process.

• When your request is within jurisdiction NCDS will request FCA US and the dealer to present their side of the dispute. You will receive copies of their responses.

• While your dispute is pending NCDS or FCA US may contact you to see if your case can be settled by agreement. If a settlement is offered to you, FCA US will ask you to sign a form that contains that settlement. Your case will then be closed. There is no requirement for you to participate in this settlement process.

**HOW TO DEAL WITH WARRANTY PROBLEMS**

- If you requested an oral hearing, a decision-maker will contact you to arrange a convenient time and place for a hearing. Usually, this will be at a dealership near you.

- If you request a documents-only review, an NCDS panel will review and decide your case. Neither you, the dealer nor FCA US need be present.

- NCDS will send you a written Statement of Decision. This statement will include the decision, any action to be taken by the dealer or FCA US and the time by which the action must be taken. The decision will be binding on the dealer and FCA US but not on you unless you accept the decision.

- If any action is required on the part of the servicing authorized Alfa Romeo repair facility /selling dealer or FCA US you will be contacted within ten (10) days after the date by which the dealer or FCA US must act to determine whether performance has been rendered.

- The entire dispute settlement process will normally take no longer than 40 days.

- The CAP dispute settlement procedure does not take the place of any state or Federal legal remedies available to you. Whether or not you decide to submit your dispute to the Process, you are free to pursue other legal remedies.

**D. Notice Under State Lemon Laws**

Some states have laws allowing you to get a replacement vehicle or a refund of the vehicle's purchase price under certain circumstances. These laws vary from state to state. If your state law allows, FCA US requires that you first notify us in writing of any service difficulty that you may have experienced so that we can have a chance to make any needed repairs before you are eligible for remedies provided by these laws. In all other states, we ask that you give us written notice of any service difficulty. Send your written notice to the Alfa Romeo Customer Assistance Center at the address in 7.2.

## 7.2 Helpful Addresses And Telephone Numbers

Here are the addresses and telephone numbers of the FCA US Customer Assistance Center that can assist you:

- **In the United States:**

  **Alfa Romeo Customer Assistance Center**
  P.O. Box 21-8004
  Auburn Hills, Michigan 48321-8004

  Phone: 844-253-2872

  **To contact Alfa Romeo by email:**
  simply access the following website:
  www.alfaromeousa.com
  (click on the "Contact Us" button)

- **In Canada:**
  **FCA Canada Inc.**
  **Customer Service**
  Chrysler Centre
  P.O. Box 1621
  Windsor, Ontario N9A-4H6

  Phone Number (English): 877-230-0563
  Phone Number (French): 877-515-9112

**HOW TO DEAL WITH WARRANTY PROBLEMS**

- **In Mexico:**
  **Customer Relations Office**
  Prolongación Paseo de la Reforma 1240
  Santa Fe, Cuajimalpa CP 05348
  Ciudad de México
  Phone (in Mexico): 800-505-1300
  Phone (outside Mexico): +(52) 55 50817568

- **In Puerto Rico and U.S. Virgin Islands:**
  **Customer Service**
  FCA Carribbean LLC
  Box 191857
  San Juan, Puerto Rico 00919-1857

  Phone: 844-253-2872
  Fax: (787) 782-3345

OPTIONAL SERVICE CONTRACT

## 8.  Optional Service Contract

Alfa Romeo Service and Care offers valuable protection against repair costs when these warranties no longer apply. They complement but don't replace the warranty coverages outlined in this booklet. A variety of plans are available, covering various time-and-mileage periods and various groups of the vehicle's mechanical components.

Alfa Romeo service contracts are the ONLY vehicle extended protection plans authorized, endorsed and backed by Alfa Romeo to provide additional protection beyond your vehicle's warranty. Look for our Brand logo and ask an authorized Alfa Romeo dealer for details.



26

# 9. Maintenance

## 9.1 General Information

It's your responsibility to properly maintain and operate your new vehicle. Follow the instructions contained in the General and Scheduled Maintenance Service guidelines in your Owner's Manual. Regular, scheduled maintenance is essential to trouble- free operation. If there is a dispute between you and FCA US concerning the maintenance of your vehicle, FCA US will require you to provide proof that your Giulia was properly maintained.

For your convenience, FCA US has prepared a Maintenance Schedule with routine service intervals which is included in your Giulia Owner's Manual. Its essential to follow these required maintenance intervals for safe trouble-free operation.

## 9.2 Where To Go For Maintenance

FCA US recommends that you return to the dealer from whom you bought your Giulia for all maintenance service both during and after the warranty periods. Although you can get warranty service from any dealer who sells your particular make, returning to your selling dealer will help ensure that all your service needs are met and that you're completely satisfied. Authorized Alfa Romeo repair facility technicians are specifically trained to proficiently perform maintenance and repair procedures on your Giulia.

Authorized Alfa Romeo repair facilities will help ensure that all your service needs are met and that you're completely satisfied. FCA US strongly recommends you use genuine Alfa Romeo parts to maintain your vehicle.

27

**NOTES**

NOTES

**NOTES**

31

NOTES

**NOTES**

Original Owner's Name

Street Address

City and State                                     Zip Code

| | | | | | | | | | | | | | | | | |

Vehicle Identification Number

Warranty Start Date (In-Service Date)        Mileage at Delivery

Selling Dealer                                     Code

City                                               State

Second Owner's Name

Street Address

City and State                                     Zip Code

Date of Second Purchase        Mileage at Purchase

Third Owner's Name

Street Address

City and State                                     Zip Code

Date of Third Purchase         Mileage at Purchase

Warranty coverage applies to all vehicle owners. To protect you in the event of a recall or any questions concerning your warranty, please tell your dealer about any ownership or address change, and write the details here.



*La meccanica delle emozioni*



19GENGA-026-AA
ALFA ROMEO GIULIA
First Edition
Warranty Information

©2018 FCA US LLC. All Rights Reserved.
ALFA ROMEO is a registered trademark of FCA Group Marketing S.p.A., used with permission.

Printed in U.S.A.

