JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER AGUILAR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-CV-05813-AB (ASx)<br><br>ORDER DISMISSING CIVIL ACTION AND VACATING ALL HEARINGS AND DEADLINES |

　　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　　**IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **fifty (50) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All upcoming hearings and deadlines are **VACATED**.

Dated: October 18, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE