UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER AGUILAR,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-05813-AB (ASx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES, COSTS AND EXPENSES** |

-1-
[PROPOSED] ORDER ON STIPULATION

-2-

THE COURT, having reviewed the Parties' Stipulation regarding Plaintiff's Attorney's Fees, Costs, and Expenses, **IT IS HEREBY ORDERED** that:

(1) Defendant FCA US LLC ("Defendant") shall pay the sum of $6,500.00 to Plaintiff Christopher Aguilar ("Plaintiff");

(2) Plaintiff hereby agrees to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action; and

(3) Defendant shall pay the sum of $6,500.00 to Plaintiff within 60 days of November 17, 2021, unless matters outside of the control of Defendant cause delay.

**IT IS SO ORDERED.**

Dated: November 19, 2021

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE